**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**WICHITA FALLS DIVISION**

| | | |
|---|---|---|
| **RUBEN ALANIZ, JR.,** | § | |
| **TDCJ No. 2224325,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **Civil Action No. 7:18-cv-00141-M-BP** |
| | § | |
| **AMANDA LOWE,** *et al.*, | § | |
| | § | |
| **Defendants.** | § | |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION
## OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made Findings, Conclusions, and a Recommendation in this case. No objections were filed. The District Court reviewed the proposed Findings, Conclusions, and Recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

It is therefore **ORDERED** that Plaintiff's complaint is **DISMISSED WITHOUT PREJUDICE** against Defendants in their official capacities for lack of subject matter jurisdiction and **DISMISSED WITH PREJUDICE** against Defendants in their individual capacities for failure to state a claim. To the extent Plaintiff's claims are barred by *Heck v. Humphrey*, 512 U.S. 477 (1994), those claims are **DISMISSED WITH PREJUDICE**, but Plaintiff is permitted to reassert those claims when the conditions under *Heck* are met.

**SO ORDERED** this 8th day of July, 2019.

BARBARA M. G. LYNN
CHIEF JUDGE